

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/22/2017

| | § | |
|---|---|---|
| In re: | § § | Chapter 11 |
| WARREN RESOURCES, INC., | § § | Case No. 16-32760 |
| WARREN E&P, INC., | § § | Case No. 16-32761 |
| WARREN RESOURCES OF CALIFORNIA, INC., | § § § | Case No. 16-32762 |
| WARREN MARCELLUS LLC, | § § | Case No. 16-32764 |
| WARREN ENERGY SERVICES, LLC, | § § | Case No. 16-32765 |
| WARREN MANAGEMENT CORP, | § § | Case No. 16-32766 |
| Debtors. | § | (Jointly Administered) |

**FINAL DECREE CLOSING CHAPTER 11 CASES AND
TERMINATING CLAIMS AND NOTICING SERVICES**
[Relates to Motion at Docket No. _____ ]

Upon consideration of the motion (the "Motion")[1] of the Reorganized Debtors for entry of a final decree closing these jointly-administered chapter 11 Cases and terminating the Claims and Noticing Services, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334(b); and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. § 1408; and it appearing that proper and adequate notice of the Motion has

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The following Cases are hereby closed:

| DEBTOR | CASE NO. |
| --- | --- |
| Warren Resources, Inc. | Case No. 16-32760 |
| Warren E&P, Inc. | Case No. 16-32761 |
| Warren Resources of California, Inc. | Case No. 16-32762 |
| Warren Marcellus, LLC | Case No. 16-32764 |
| Warren Energy Services, LLC | Case No. 16-32765 |
| Warren Management Corp. | Case No. 16-32766 |

2. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen these Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

3. The Reorganized Debtors shall, on or before 30 days after entry of this Final Decree: (a) pay all fees due and payable, if any, pursuant to 28 U.S.C. § 1930(a)(6) with respect to the Cases; and (b) file a post-confirmation quarterly report for the last period during which the Cases remained open. Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen these Cases to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation report.

4. The Claims and Noticing Services for the Cases are terminated in accordance with the Motion upon the completion of the services listed in paragraph 5 below. Thereafter, Epiq Bankruptcy Solutions LLC ("Epiq") shall have no further obligations to this Court, the Reorganized Debtors, or any other party in interest with respect to the Claims and Noticing Services in the Cases.

5. Within 30 days of entry of the Final Decree, Epiq shall be responsible for archiving all proofs of claim filed in the Cases with the Federal Archives Record Administration, if applicable. Should Epiq receive any mail regarding the Cases after entry of this Final Decree, Epiq shall collect and forward such mail to the Reorganized Debtors no less frequently than monthly.

6. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

7. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree are immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Final Decree.

Signed: __12-22_____, 2017

                                          Marvin Isgur
                                          United States Bankruptcy Judge

HOU:3833975.1

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 16-32761-mi
Warren E&P, Inc.                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4            User: mrios              Page 1 of 1              Date Rcvd: Dec 22, 2017
                                Form ID: pdf002          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db           #+Warren E&P, Inc.,   11 Greenway Plaza,   Suite 3050,   Houston, TX 77046-1122
cr            +Southern California Edison Company,   Attn: Corporate Credit Services,
                1551 W San Bernardino Road,   Covina, CA 91722-3407
cr             State Board of Equalization,   P.O. Box 942879,   Sacramento, CA  94279-0056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
              Joseph Peak Rovira    on behalf of Debtor    Warren E&P, Inc. josephrovira@andrewskurth.com
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov,
               Barbara.L.Griffin@usdoj.gov
              Timothy Alvin Davidson, II    on behalf of Debtor    Warren E&P, Inc. TadDavidson@andrewskurth.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 4